# United States Court of Appeals for the Federal Circuit

February 24, 2014

**ERRATA**

Appeal No. 2013-7038

**MARIELLA B. MASON,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee,*

Decided: February 21, 2014
Precedential Opinion

Please make the following changes:

Page 3, delete "[J.A. at 51]", "[BB at 1 n.1]", and "[J.A. 98]"
Page 4, delete "[J.A. 96]" and "[J.A. at 100]"
Page 6, delete "[BB at 10]"
Page 7, delete "[RB at 19-20]"